IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SOULLIERE & JACKSON, INC., ) | |
| ) | Case No. 8:04CV233 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| NATIONAL FIRE AND INDEMNITY ) | |
| EXCHANGE, A Missouri Property, et al.,) | |
| ) | |
| Defendants. ) | |

THIS MATTER came before the court for a Rule 16 planning conference. Appearing telephonically were David Jarecke, representing the plaintiff, and Shawn McCann, representing the defendants. After discussion and reviewing the status of the case,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **December 1, 2005 at 11:00 a.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 8th day of September 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge