IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SOULLIERE & JACKSON, INC., a Nebraska Corporation, ) ) ) Plaintiff, ) ) vs. ) ) NATIONAL FIRE AND INDEMNITY ) EXCHANGE, a Missouri Property and ) Casualty Insurance Company, ) ) Defendant. ) | CASE NO. 8:04CV233<br><br>**ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |

This matter is before the Court on the parties' Joint Motion to Dismiss. The Court has considered the motion and finds that it complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly, the motion should be granted.

IT IS ORDERED:

1. The Joint Motion to Dismiss (Filing No. 37) is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney fees.

Dated this 19th day of September, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge